419 A.2d 188

Commonwealth v. Dunyan, Appellant.

Submitted September 15, 1978. Andrew Gay, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

419 A.2d 188

Commonwealth v. Graves, Appellant.

Submitted September 15, 1978. George B. Ditter, Assistant Public Defender, for appellant; Eric J. Cox, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.